1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH MOORE, | 1:06mc00014 DLB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENTS |
| v. | |
| PRESENTLY UNNAMED DEFENDANTS, | |
| Defendants. | |

17    On April 18, 2006, Plaintiff William Moore filed numerous documents with this Court.

18  However, the documents do not name any defendants, do not contain any allegations or requests

19  for relief, fail to state a basis for jurisdiction, and do not appear to relate to any action currently

20  pending before the Court.  The documents are therefore wholly inadequate under Rule 8 of the

21  Federal Rules of Civil Procedure and cannot be further analyzed.

22    Accordingly, the Clerk of the Court is ORDERED to return the documents to William

23  Moore.  The documents SHALL NOT be assigned a civil case number.

24    IT IS SO ORDERED.

25    **Dated:    April 28, 2006**          **/s/ Dennis L. Beck**

3b142a                          UNITED STATES MAGISTRATE JUDGE

26
27
28

1